1  FREDERICK A. CLARK (CBA 41778)
   McKENNA LONG & ALDRIDGE LLP
2  444 South Flower Street, 8th Floor
   Los Angeles, CA 90071-2901
3  Telephone:    (213) 688-1000
4  Facsimile:    (213) 243-6330

5  *Additional Counsel listed on last page*

6  Attorneys for Plaintiff
   COMMISSARIAT À L'ENERGIE ATOMIQUE
7

8  KATHERINE KELLY LUTTON (CBA 194971)
   KATHERINE D. PRESCOTT (CBA 215496)
9  500 Arguello Street, Suite 500
   Redwood City, CA 94063
10 Telephone: (650) 839-5070
   Facsimile: (650) 839-5071
11
   *Additional Counsel listed on last page*
12
   Attorneys for Defendant
13 CHI MEI OPTOELECTRONICS CORPORATION

14                    UNITED STATES DISTRICT COURT
15
                      NORTHERN DISTRICT OF CALIFORNIA
16

17 COMMISSARIAT À L'ENERGIE        CASE NO. C 03-05812 SBA
   ATOMIQUE,
18
19           Plaintiff,
                                   **JOINT STIPULATION OF VOLUNTARY**
20      v.                         **DISMISSAL WITHOUT PREJUDICE**

21 CHI MEI OPTOELECTRONICS
   CORPORATION,
22
23           Defendant.

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff Commissariat à l'Energie Atomique and Defendant Chi Mei Optoelectronics Corporation hereby stipulate to the dismissal of this action without prejudice, each party bearing its own fees and costs.

Dated: April 27, 2005

| McKENNA LONG & ALDRIDGE LLP | FISH & RICHARDSON P.C. |
|---|---|
| By: /s/ <br> Frederick A. Clark (CBA 41778) <br> 444 South Flower Street, 85th Floor <br> Los Angeles, CA 20071 <br> Telephone: (213) 688-1000 <br> Facsimile: (213) 243-6330 | By: /s/ <br> Katherine D. Prescott (CBA 215496) <br> 500 Arguello Street, Suite 500 <br> Redwood City, CA 94063 <br> Telephone: (650) 839-5070 <br> Facsimile: (650) 839-5071 |
| Attorneys for Plaintiff <br> COMMISSARIAT À L'ENERGIE <br> ATOMIQUE | Attorneys for Defendant <br> CHI MEI OPTOELECTRONICS <br> CORPORATION |

SO ORDERED, this 29th day of April, 2005

/s/ Saundra Brown Armstrong
SAUNDRA B. ARMSTRONG, U.S. DISTRICT JUDGE

*Additional Counsel for Plaintiff Commissariat à l'Energie Atomique:*

Gaspare J. Bono (admitted *Pro Hac Vice*)
Song K. Jung (admitted *Pro Hac Vice*)
McKENNA LONG & ALDRIDGE, LLP
1900 K Street, NW
Washington, DC 20006
Telephone: (202) 496-7500
Facsimile: (202) 496-7756


*Additional Counsel for Defendant Chi Mei Optoelectronics Corporation:*

William J. Marsden, Jr. (admitted *Pro Hac Vice*)
Sean P. Hayes (admitted *Pro Hac Vice*)
FISH & RICHARDSON P.C.
919 N. Market Street, Suite 1100
Wilmington, DE 19899
Telephone: (302) 652-5070
Facsimile: (302) 652-0607

Michael J. McKeon (admitted *Pro Hac Vice*)
Brian T. Racilla (admitted *Pro Hac Vice*)
FISH & RICHARDSON P.C.
1425 K Street N.W., 11th Floor
Washington, DC 20005-3500
Telephone: (202) 783-5070
Facsimile: (202) 783-2331